IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,   )  | |
| )  | 4:98CR3082 |
| Plaintiff,   )  | |
| )  | |
| vs.   )  | ORDER |
| )  | |
| TAMARA M. SCHEIDT,   )  | |
| )  | |
| Defendant.   )  | |

IT IS ORDERED that a revocation hearing is set to commence at **1:00 p.m. on October 19, 2006** before the Hon. Richard G. Kopf, United States District Judge, in Courtroom #1, United States Courthouse, Lincoln, Nebraska.

Dated:  August 31, 2006.

BY THE COURT

s/ David L. Piester

_____
David L. Piester
United States Magistrate Judge