IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:98CR3082 |
| ) | |
| TAMARA SCHEIDT, ) | |
| ) | |
| Defendant. ) | |

**ORDER**

THIS MATTER comes before the Court on defendant's Unopposed Motion to Continue Revocation Hearing, filing 79, now set for October 19, 2006, at 1:00 p.m. until a date certain in approximately three months. Being fully advised in the premises, and noting that the Government has no objection to the same, this Court finds that said motion should be granted.

IT IS THEREFORE ORDERED that the defendant's revocation hearing in the above-captioned matter shall be continued until the 23rd day of January, 2007, at 1:00 p.m. The defendant is ordered to appear at such time.

October 18, 2006.                           BY THE COURT:

                                            s/ *Richard G. Kopf*
                                            United States District Judge